UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BARBARA LUIDER, et al.,

    Plaintiffs,

v.                                            CASE NO: 5:09-cv-431-T-30GRJ

IVAN STOYNEV, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This cause comes upon Defendants' Motion to Dismiss for Failure to Comply with Court Orders and Failure to Comply with Federal Rule of Civil Procedure 4(m) (Dkt. #24). As Plaintiffs have failed to respond, the Court considers the motion without the benefit of a response. Despite being granted extensions of time, Plaintiffs have not served the defendants. It is therefore

**ORDERED AND ADJUDGED** as follows:

    1.    Defendants' Motion to Dismiss for Failure to Comply with Court Orders and Failure to Comply with Federal Rule of Civil Procedure 4(m) (Dkt. #24) is GRANTED.

    2.    This cause is dismissed without prejudice.

    3.    Any pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 13, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Odd\2009\09-cv-431.mtd.no service.wpd*